**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Christian Paul DIARTE–VAZQUEZ,
Defendant–Appellant.**

No. 08–10291.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 17, 2009.

Celeste Benita Corlett, Assistant U.S., Christina Marie Cabanillas, Assistant U.S.,

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See Fed. R.App. P. 34(a)(2).

Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Arthur J. Hutton, Law Office of Arthur J. Hutton, Tucson, AZ, for Defendant–Appellant.

Christian Paul Diarte–Vazquez, Taft, CA, pro se.

Before KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

## MEMORANDUM **

Christian Paul Diarte–Vazquez appeals from his guilty-plea conviction and two concurrent 60–month sentences for conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii), and 846, and possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Diarte–Vazquez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

